IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STATE FARM FIRE & CASUALTY COMPANY
As subrogee of ALEX MONSOUR and
AMANDA MONSOUR                                                                                    PLAINTIFF

V.                                                                            CAUSE NO. 5:07CV111-DCB-JMR

BLACK & DECKER, INC., and
APPLICA, INC., and ANY AND
ALL KNOWN AND UNKNOWN
SUBSIDIARIES THEREOF                                                                           DEFENDANTS

## AGREED ORDER DISMISSING BLACK & DECKER, INC.

**THERE CAME ON THIS DAY** the *ore tenus* of the Plaintiff and the Defendants for an order dismissing the Defendant Black & Decker, Inc., and the Court being advised that all parties have agreed to this dismissal, and being further advised in the premises, finds the motion well taken and should be sustained:

**IT IS, THEREFORE, ORDERED** that Black & Decker, Inc. be, and it is hereby, dismissed, with prejudice, with each party bearing their own costs.

SO ORDERED this the 4th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE

Approved:
B. Wayne Williams, Esquire
Jennifer Lee, Esquire
Emily M. Parker, Esquire
Webb, Sanders & Williams, PLLC
Post Office Box 496
Tupelo, MS 38802

Louis G. Baine, III, Esquire
Page, Kruger, & Holland, P.A.
Post Office Box 1163
Jackson, MS 39215

ATTORNEYS FOR THE PLAINTIFF
/s/Emily M. Parker, Esquire
EMILY M. PARKER, (MSB#99221)

ATTORNEY FOR THE DEFENDANTS
/s/Louis G. Baine, III
LOUIS G. BAINE, III (MSB#1705)