IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**STATE FARM FIRE & CASUATY COMPANY**
As subrogee of ALEX MONSOUR and
AMANDA MONSOUR                                                                                  **PLAINTIFF**

V.                                                            CAUSE NO.  5:07CV111-DCB-JMR

**BLACK & DECKER, INC., and**
**APPLICA, INC., and ANY AND**
**ALL KNOWN AND UNKNOWN**
**SUBSIDIARIES THEREOF**                                                                  **DEFENDANTS**

**FINAL JUDGMENT OF DISMISSAL, WITH PREJUDICE**

**THERE CAME ON THIS DAY** the *ore tenus* of the Plaintiff, State Farm Fire & Casualty Company, as subrogee of Alex Monsour and Amanda Monsour, for the entry of a Final Judgment of Dismissal, with Prejudice, and the Court being advised that the Defendant, Applica, Inc., has consented to this dismissal, and being further advised in the premises, finds the motion well taken and should be sustained;

**IT IS, THEREFORE, ORDERED** that the above styled and numbered cause be, and it is hereby, dismissed, with prejudice, with each party bearing their own costs.

**SO ORDERED** this the      24th      day of November, 2008.

                                        s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE

Approved:
Stephen E. Gardner, Esq.                          Louis G. Baine, III, Esquire
Young Williams, P.A.                              Page, Kruger, & Holland, P.A.
P. O. Box 23059                                   Post Office Box 1163
Jackson, MS  39225-3059                           Jackson, MS  39215

ATTORNEY FOR THE PLAINTIFF                        ATTORNEY FOR THE DEFENDANTS
/s/Stephen E. Gardner, Esquire                    /s/Louis G. Baine, III
STEPHEN E. GARDNER, (MSB#4749)                    LOUIS G. BAINE, III (MSB#1705)